| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JAMES J. CERBONE, ESQUIRE- 4036<br>2430 HIGHWAY 34<br>BUILDING B, SUITE 22<br>WALL, NEW JERSEY 08736<br>(732) 681-6800<br>Attorney for Debtors<br>MICHAEL INGRASSIA | Order Filed on August 8, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL INGRASSIA | Case No.:  15-12178<br><br>Hearing Date: _____<br><br>Judge:  Kathryn C Ferguson |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 8, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002