UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtors
MICHAEL INGRASSIA

Order Filed on August 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL INGRASSIA

Case No.: 15-12178

Hearing Date: _____

Judge: Kathryn C Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 8, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*.  The allowance shall be payable:

☑ Through the chapter 13 plan as an administrative priority.

☐ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Ingrassia  
    Debtor

Case No. 15-12178-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 08, 2016  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db             +Michael Ingrassia,    1109 Farmingdale Road,    Jackson, NJ 08527-1379
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor     MIDFIRST BANK bnicholas@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Michael   Ingrassia cerbonelawfirm@aol.com
              Joshua I. Goldman     on behalf of Creditor     MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor     MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 8
```