UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case No.: 15-12178
Michael Ingrassia  :
  :  Adv. No.: _____
  :
  :  Judge: KCF
Debtor (s),  :
_____  :  Chapter: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable **Kathryn C. Ferguson**, United States Bankruptcy Judge.

**Reason for Hearing:**   MidFirst Bank; Certification of Default:
110p Farmingdale Rd. Jackson, NJ 08527
Cherokee. Objection filed by Debtor

**Location of Hearing:**   Courtroom No. 2
402 E. State Street
Trenton, NJ 08608

**Date and Time:**   September 28, 2016 at 9:00 am.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    9/13/2016    JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 9/13, 20 16 the foregoing notice was served on the following:

Debtor, Debtor's Attorney and Movants Attorney

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Ingrassia  
     Debtor

Case No. 15-12178-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2016  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.  
db          +Michael Ingrassia,   1109 Farmingdale Road,   Jackson, NJ 08527-1379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         James J. Cerbone    on behalf of Debtor Michael   Ingrassia cerbonelawfirm@aol.com  
         Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
                                                                                                     TOTAL: 9