Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–12178–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Ingrassia
   1109 Farmingdale Road
   Jackson, NJ 08527

Social Security No.:
   xxx–xx–4477

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2016
JJW: dmi

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michael Ingrassia
      Debtor

Case No. 15-12178-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Oct 18, 2016
                     Form ID: 148      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db             +Michael Ingrassia,    1109 Farmingdale Road,    Jackson, NJ 08527-1379
515561240      +MidFirst Bank,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
515317400       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
515317399      +Midland Mortgage,    Attn: Zucker, Goldberg & Ackerman,    200 Sheffied Street, Suite 101,
                 Mountainside, NJ 07092-2315
515317401     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                Trenton, NJ 08695-0267)
515332857      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2016 22:38:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2016 22:38:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Oct 18 2016 22:38:00     IRS Department of Treasury,    955 S. Springfield Ave,
                 Bldg A,    Springfield, NJ  07081
515477339      +E-mail/Text: bankruptcy@cavps.com Oct 18 2016 22:38:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515901681       EDI: Q3G.COM Oct 18 2016 22:38:00     Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,
                 Kirkland WA 98083-0788
515317402       EDI: DRIV.COM Oct 18 2016 22:38:00     Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
515331389      +EDI: DRIV.COM Oct 18 2016 22:38:00     Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
                                                                                      TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515570806*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  IRS,    Dept of Treasury,    955 S Springfield Ave,
                Springfield, NJ  07081)
515317398*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
```
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Oct 18, 2016
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        James J. Cerbone    on behalf of Debtor Michael  Ingrassia cerbonelawfirm@aol.com
        Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com

                                                    TOTAL: 9